# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

        Plaintiff,

  v.

**THOMAS QUALLS**

        Defendant.

CR NO: 1:24-mj-00054-SAB

**FILED**
Nov 05, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | THOMAS QUALLS |
| Detained at | Fresno County Jail |

Detainee is:
- a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint charging detainee with: _____
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges

*Appearance is necessary on 11/7/2024 at 2 PM before the duty magistrate in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Michael G. Tierney |
| Printed Name & Phone No: | MICHAEL G. TIERNEY |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on November 7, 2024, and for any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 11/5/24

*B. McAuliffe*
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | JID 7066183 | DOB: | 12/10/1984 |
| Facility Address: | Fresno County Sheriff | Race: | WHITE |
| Facility Phone: | (559) 488-3939 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

(signature)