# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00282-JLT-SKO-1 |
|---|---|
| Plaintiff, | ORDER DENYING DEFENDANT'S MOTION TO REOPEN DETENTION HEARING |
| v. | |
| THOMAS QUALLS, | (ECF No. 16) |
| Defendant. | |

On December 11, 2024, Defendant Thomas Qualls filed a motion to reopen the detention hearing based upon a new cash bond and the insufficiency of the Government's previous proffer of Defendant's attempts to obstruct justice while in custody. (ECF No. 16.) The Government failed to file an opposition brief.

On December 18, 2024, the Court held a hearing on Defendant's motion. Defendant appeared in custody with counsel Serita Rios. Counsel Robert Veneman-Hughes appeared on behalf of the Government. Due to the Government's failure to file an opposition brief, the Court denied the Government to orally oppose the motion at the hearing. Having considered Defendant's December 11, 2024 motion and Defendant's argument presented at the hearing, the Court denies Defendant's motion to reopen the detention hearing pursuant to 18 U.S.C. § 3142.

A bail hearing "may be reopened, before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to

1

the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f).

For the reasons stated on the record, Defendant's motion does not change the previous finding that there is no condition or combination of conditions which will reasonably assure the appearance of the Defendant and the safety of the community.  Therefore, Defendant's motion to reopen the detention hearing is DENIED.

IT IS SO ORDERED.

Dated:   **December 19, 2024**

STANLEY A. BOONE
United States Magistrate Judge

2