1  MICHELE BECKWITH
   Acting United States Attorney
2  ROBERT L. VENEMAN-HUGHES
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00282-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| THOMAS QUALLS | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the United States and counsel for defendant that the status conference set for January 29, 2025 at 1:00 pm before the Honorable Sheila K. Oberto be continued to April 2, 2025 at 1:00 p.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The parties need additional time to further investigate/explore matters related to resolving the case or setting a trial date.

2. By this stipulation, defendant now moves to continue the status conference, and to exclude time from January 29, 2025 to April 2, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The parties are engaged in plea negotiation. The defendant has several related cases in state court and is seeking a global resolution, which requires negotiation not only with the United States but with the applicable state authorities.

Stipulation                                    1

      b)      The government has represented that the discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. Defense would like additional time to review discovery, and investigate the foundation for a resolution by plea or trial further.

      c)      The government does not object to the continuance.

      d)      An ends-of-justice delay is particularly apt in this case because:

- Defendant needs additional time to review discovery, and conduct additional investigation; and

- The parties need additional time to investigate/explore matters related to proceeding via plea or trial.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of <u>January 29, 2025</u> to <u>April 2, 2025</u>, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

**[Remainder of page intentionally left blank.]**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: January 21, 2025       Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

By   /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: January 21, 2025       /s/ Serita Rios
SERITA RIOS
Attorney for Defendant Thomas Qualls

**ORDER**

The status conference currently set for January 29, 2025, is hereby continued to April 2, 2025. Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161 pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) for the reasons set forth in the parties' stipulation.

The parties shall be prepared to select a mutually agreeable trial date at the next status conference.

IT IS SO ORDERED.

Dated:   **January 22, 2025**        /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

Stipulation      3